UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:16-cv-24577-KMW

RENE MESA,

      Plaintiff,

v.

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE, et al.,

      Defendants.

_____/

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF JOINDER

COMES NOW Defendant Equifax Information Services LLC. ("Equifax"), by counsel, and files its Notice of Joinder to Experian's Motion to Continue and states as follows:

1. On November 28, 2017, Defendant Experian Information Solutions Inc. ("Experian") filed its Motion to Continue (Doc. 118) pursuant to Fed. R. Civ. P. 56(d).

2. Equifax hereby joins Experian's motion and for all the reasons stated in the motion, requests the Court grant the same relief with respect to Equifax.

Respectfully submitted this 30th day of November, 2017.

/s/ *J. Anthony Love*
J. Anthony Love
FL Bar No. 67224
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
tlove@kslaw.com
Attorney for Defendant Equifax Information
Services LLC

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on November 30, 2017, I served the foregoing paper by filing the same with

the Clerk of the Court using the CM/ECF System (and by U.S. Mail to Plaintiff), which will send

electronic notice of same to the following counsel of record:

Rene Mesa
7014 N.W. 169th St.
Miami, FL 33015
***Pro Se Plaintiff***

Lynn Welter Sherman
Adams and Reese LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 33602
Email: lynn.sherman@arlaw.com
***Counsel for Pennsylvania Higher Education Assistance and Fedloans Servicing***

Paul F Wells
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
Email: pwells@lippes.com
***Counsel for Continental Service Group, Inc. and Conserve-Arm***

Franklin Gordon Cosmen , Jr.
Quintairos Prieto Wood & Boyer P.A.
9300 S. Dadeland Blvd
4th Floor
Miami, FL 33156
Email: fcosmen@qpwblaw.com
***Counsel for Trans Union LLC***

Michael Alexander Maugans
Jones Day
600 Brickell Avenue
Miami, FL 33131
Email: mmaugans@jonesday.com
***Counsel for Experian Information Solutions, Inc.***

/s/ *J. Anthony Love*
J. Anthony Love